1  Grant P. Alexander (SBN 228446)
   DLA PIPER LLP (US)
2  1999 Avenue of the Stars, 4th Floor
   Los Angeles, CA 90067-6023
3  Tel:  (310) 595-3000
   Fax:  (310) 595-3300
4  Email: grant.alexander@dlapiper.com

5  Bradley T. Meissner (admitted pro hac vice)
   DLA Piper LLP (US)
6  701 Fifth Avenue, Suite 7000
   Seattle , WA 98104-7044
7  Tel:  (206) 839-4800
   Fax:  (206) 839-4801
8  Email: bradley.meissner@dlapiper.com

9  Attorneys for Plaintiff
   CLEARCYCLE CORPORATION
10

11 Glenn J. Dickinson
   NORDMAN CORMANY HAIR &
   COMPTON LLP
12 1000 Town Center Drive, 6th Floor
   Oxnard, CA 93036
13 Tel: (805) 485-1000
   Fax: (805) 988-7749
14 Email: gdickinson@nchc.com

15 Attorneys for Defendants
   BEST SYSTEMS, INC. and
16 A. FREDERICK PITZNER

**JS-6**

17
                    UNITED STATES DISTRICT COURT
18
                    CENTRAL DISTRICT OF CALIFORNIA
19

20 CLEARCYCLE CORPORATION,          Case No.  SACV09-217 CJC-VBK
   an Arizona corporation,
21                                  **[PROPOSED] ORDER OF
              Plaintiff,             DISMISSAL WITH PREJUDICE**
22
         v.
23
   BEST SYSTEMS, INC., a Nevada
24 corporation, and A. FREDERICK
   PITZNER, an individual,
25
              Defendants.
26

27

28
   WEST\21831368.1
DLA Piper LLP (US)
                    [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **ORDER**

GOOD CAUSE APPEARING THEREFORE, this Stipulation is hereby approved. ACCORDINGLY, IT IS HEREBY ORDERED THAT:

    This lawsuit, and all claims, counterclaims, and causes of action asserted therein, are hereby DISMISSED with prejudice and without an award of attorneys' fees or costs to any party.

    IT IS SO ORDERED.

    Dated: November 17, 2009     ____

                      HON. CORMAC J. CARNEY
                      UNITED STATES DISTRICT JUDGE